## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

MICHAEL HOLMES,

        Petitioner

        v.

KATHLEEN KANE, ATTORNEY
GENERAL; JOHN KERESTES,
SUPERINTENDENT, ET AL,

        Respondents

No. 102 EM 2015

## ORDER

**PER CURIAM**

    **AND NOW**, this 5th day of October, 2015, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.